# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WILLIAMS,<br><br>        Plaintiff<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | **Case No. 1:15-cv-01680-EPG**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 23) |

On June 26, 2017, the parties filed a stipulation to dismiss this action with prejudice. (ECF No. 23.) Both parties have agreed to the dismissal. In light of the stipulation, the case has ended, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and is dismissed with prejudice. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

    Dated: **June 27, 2017**                   /s/ Erica P. Grosjean
                                                                           UNITED STATES MAGISTRATE JUDGE

1